# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-9396 JAK (MRWx) | Date | September 25, 2015 |
|---|---|---|---|
| Title | Hsieh v. Xu | | |

Present: The Honorable    Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) ORDER TO SHOW CAUSE

Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules.  (Docket # 87.)  The motion is accompanied by a declaration (as required under Local Rule 37-2.4) that indicates that the defense did not provide its portion of the joint motion before Plaintiff filed it.  (Docket # 87-2 at 4.)  The Court further observes that it conducted an informal call with the parties in early September in an effort to mediate this discovery dispute – the parties appeared to agree on a way forward with discovery that suggested that motion practice was not necessary.

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion."  Local Rule 7-12.  Therefore, the defense is ORDERED TO SHOW CAUSE for its failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>October 2, at 3:00 p.m.</u>  If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.